### BOOKER et al. v. SMALL & SONS.

PER CURIAM. 1. The evidence authorized the verdict.

2. The charge of the court to the jury that "A wife has the right to assume the debts of the husband after his death, if she so chooses," was not erroneous. *Mize* v. *Hawkins,* 54 *Ga.* 501; *Walker* v. *Walker,* 139 *Ga.* 547 (7a), 549 (77 S. E. 795).

3. The request to review and reverse the decisions just cited has been considered and is denied.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 243. JANUARY 18, 1918.

Equitable petition. Before Judge Mathews. Bibb superior court. December 11, 1916.

*H. F. Strohecker,* for plaintiffs in error.

*E. B. Weatherly,* contra.

---

### JOLLY v. JOLLY.

BECK, P. J. There was evidence from which the jury were authorized to return a verdict in favor of the plaintiff for the amount awarded; and there being no complaint of any error committed upon the trial, the judgment refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 306. JANUARY 18, 1918.

Equitable petition. Before Judge Mathews. Bibb superior court. March 2, 1917.

*West & Dasher* and *A. T. Walden,* for plaintiff in error.

*Newman & Newman* and *Charles H. Garrett,* contra.